IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-501-JLK**

**PARADOX PARTNERS, L.L.C., a Texas limited liability company; BDS INTERNATIONAL, a Nevada limited liability company,**

    Plaintiff,

v.

**UNITED STATES FOREST SERVICE; SUSAN SPEARS, in her capacity as employee of the U.S. Forest Service; LIANE MATTSON, in her individual capacity; NANCY SCHWIEGER, in her individual capacity,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Unopposed Motion to Dismiss, filed October 14, 2005, it is

**ORDERED** that the Motion is **GRANTED.** This case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 17th day of October, 2005.

                              BY THE COURT:

                              S/John L. Kane
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT